IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:26-CR-75

UNITED STATES OF AMERICA      )
            )  **PETITION FOR WRIT OF HABEAS**
    v.                )  **CORPUS AD PROSEQUENDUM**
            )
REGINALD ODELL          )
JID# 128955              )

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Reginald Odell, B/M, JID# 128955, who is presently detained in the Richmond County Jail, to make an initial appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of the Richmond County Jail under safe and secure conduct.

RESPECTFULLY SUBMITTED, on this 24th day of April 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/ Alfredo De La Rosa
Assistant United States Attorney
Texas Bar Number: 24075486
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)
Email: Alfredo.DeLaRosa@usdoj.gov