# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:26-CR-075-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| **v.** | ) | |
| | ) | |
| **REGINALD ODELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

TO:     The Director, Bureau of Prisons, Washington, D.C.
TO:     U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:     Richmond County Jail, North Carolina

**IT IS ORDERED** that you have the body of Reginald Odell, JID # 128955, B/M, DOB 05/04/1979, detained in your facility, under safe and secure conduct, brought before the Honorable

_____Omar J. Aboulhosn_____, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before

_____5/19/2026_____ at __10:00__ am/pm, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Richmond County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Richmond County Jail, and the United States Attorney.

Signed: April 27, 2026

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge