FILED
Charlotte
5/19/2026
U.S. District Court
Western District of N.C.

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

**3:09 pm, Apr 22 2026**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:26-cr- 75-MOC |
| REGINALD ODELL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* REGINALD ODELL ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Methamphetamine

Date: 4/21/24

Issuing officer's signature

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/22/26 , and the person was arrested on *(date)* 5/18/26 at *(city and state)* Charlotte, NC . |
| Date: 5/19/2026 |
| Arresting officer's signature |
| Trevor Lumadue, DUSM |
| *Printed name and title* |